ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 8:25 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00060-CV**

IN THE FIFTEENTH COURT OF APPEALS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/18/2025 8:25:56 PM
CHRISTOPHER A. PRINE
Clerk

**MARVIN GLENN BERRY AND BONNIE BERRY
AS SUCCESSOR IN INTEREST TO DENNIS WAYNE BERRY,**
***Appellants,***

**v.**

**ALBERT THEODORE POWERS AND ALLIED PORTS LLC,**
***Appellees.***

From Business Court Division 11A
Cause No. 24-BC11A-0025

**APPELLEE ALBERT THEODORE POWERS'
NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 6, Appellee Albert Theodore Powers files this Notice of Appearance of Additional Counsel as follows:

1. Appellee designates the following attorney of the law firm of Beck Redden LLP as additional counsel on appeal:

Mary Kate Raffetto
mkraffetto@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

2. Appellee respectfully requests that the Court and other counsel in this case note this designation and send all further correspondence, orders, or other communications to the undersigned counsel.

Respectfully submitted,

**BECK REDDEN LLP**

By: */s/ Mary Kate Raffetto*
    Alistair B. Dawson
    State Bar No. 05596100
    adawson@beckredden.com
    Mary Kate Raffetto
    State Bar No. 24098296
    mkraffetto@beckredden.com
    M. Jake McClellan
    State Bar No. 24109525
    jmcclellan@beckredden.com
    Madeline E. Gay
    State Bar No. 24138681
    mgay@beckredden.com
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700

**Attorneys for Appellee, Albert Theodore Powers**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025 a true and correct copy of the foregoing document has been electronically filed and served on all counsel of record.


*/s/ Mary Kate Raffetto*
Mary Kate Raffetto

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Anna Erickson on behalf of Mary Raffetto
Bar No. 24098296
aerickson@beckredden.com
Envelope ID: 104530344
Filing Code Description: Other Document
Filing Description: Appellee Albert Theodore Powers' Notice of Appearance of Additional Counsel
Status as of 8/19/2025 7:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Melanie McClenathen | | mmcclenathen@jw.com | 8/18/2025 8:25:56 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Adam Aston | 24045423 | aaston@jw.com | 8/18/2025 8:25:56 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Jesse Crochet | | jcrochet@beckredden.com | 8/18/2025 8:25:56 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 8/18/2025 8:25:56 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 8/18/2025 8:25:56 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 8/18/2025 8:25:56 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 8/18/2025 8:25:56 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 8/18/2025 8:25:56 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 8/18/2025 8:25:56 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 8/18/2025 8:25:56 PM | SENT |
| Anna Erickson | | aerickson@beckredden.com | 8/18/2025 8:25:56 PM | SENT |
| Charlie Henke | | chenke@henkelawfirm.com | 8/18/2025 8:25:56 PM | SENT |
| Joel Glover | | jglover@jw.com | 8/18/2025 8:25:56 PM | SENT |